**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 05a0111n.06**
**Filed: February 14, 2005**

**No. 04-3006**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| RICHARD ENGLAND, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| TIMOTHY E. BIGHAM, | ) | SOUTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellant. | ) | |

Before: SUHRHEINRICH, ROGERS, and COOK, Circuit Judges.

PER CURIAM. Timothy Bigham appeals the district court's order denying summary judgment to the defendant. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.